UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARLA MAXWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV1596 JAR (LMB) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, filed June 25, 2012 [ECF No. 21]. Pursuant to 28 U.S.C. § 636, the Court referred this matter to Magistrate Judge Blanton. Magistrate Judge Blanton recommends that the Court reverse and remand this matter to the Commissioner for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). Neither party has filed objections or otherwise responded to the Report and Recommendation.

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings, and will adopt the Report and Recommendation. Accordingly, the Court will reverse and remand this matter to the Commissioner for further administrative proceedings. Specifically, the Administrative Law Judge shall accord the proper weight to the opinion of Plaintiff's treating psychiatrist, Dr. Vadim Baram, formulate a new residual functional capacity (RFC) for Plaintiff consistent with the medical evidence of record, and obtain vocational testimony to determine whether Plaintiff is capable of performing work in the national economy with her RFC. (Doc. No 21, pp. 32-33).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge [21] is adopted and incorporated herein.

**IT IS FURTHER ORDERED** that, pursuant to sentence four of 42 U.S.C. § 405(g), this matter is reversed and remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.

Dated this 13th day of July, 2012.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE